LOIS BRUCKNER PARKS, Trial Attorney
PENSION BENEFIT GUARANTY CORP.
1200 K Street, N.W.,
Washington, D.C. 20005-4026
TEL: (202) 326-4020 ext. 3040; FAX: (202) 326-4112
E-MAIL:  parks.lois@pbgc.gov *and*
efile@pbgc.gov
RUSSELL W. CHITTENDEN, AUSA
CA Bar. # 112613
    Suite 7516, Federal Building
    300 N. Los Angeles Street,
    Los Angeles, CA  90012
    TEL: (213) 894-2444; FAX: (213) 894-7327
    E-MAIL:  russell.chittenden@usdoj.gov

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| **PENSION BENEFIT GUARANTY CORPORATION,**<br>**As Successor Statutory Trustee of the Rilnay Corporation Defined Benefit Pension Plan,**<br>    **Plaintiff,**<br>v.<br>**RICHARD S. ISRAEL, Personally, and as Trustee of the Rilnay Corporation Defined Benefit Pension Plan,**<br>    **Defendant.** | No. CV 06-5608 VBF (Ex)<br><br>**JUDGMENT**<br><br>DATE: January 17, 2008<br><br>PLACE: In Chambers of the Honorable Valerie Baker Fairbank |

    The Application of Plaintiff Pension Benefit Guaranty Corporation for Entry of Default Judgment came on before the Honorable Valerie Baker Fairbank, United States District Judge, and the Court having considered the Application and the supporting Declarations and Exhibits, IT IS HEREBY ORDERED THAT:

    Judgment is entered in favor of Plaintiff Pension Benefit Guaranty Corporation and against Defendant Richard S. Israel personally under 29 U.S.C. § 1109(a) in the principal amount of $12,500, plus post judgment interest at 3.04%.

    Defendant shall transfer, convey and deliver to Plaintiff all of the records,

assets, and other property of the Rilnay Corporation Defined Benefit Pension Plan in his current possession or control pursuant to 29 U.S.C. § 1342(d)(1)(A)(ii) and (B)(ii); and

As repayment for the Defendant's fiduciary breaches against the Plan, remedies may include, but are not limited to, the set-off of the Defendant's benefits under the Plan, up to the value of the judgment; and

Plaintiff is awarded costs and attorneys' fees under 29 U.S.C. §§ 1132(g)(1) and 1303(e)(5). Pursuant to the schedule set forth in Local Rule 55-3, the Plaintiff is awarded $1,350 in attorneys' fees. The Plaintiff may file a Bill of Costs with the Clerk pursuant to Local Rules.

DATED: This_29th Day of January, 2008.

_____
Valerie Baker Fairbank
UNITED STATES DISTRICT JUDGE

Presented By:

LOIS BRUCKNER PARKS, *pro hac vice*
Trial Attorney
Office of the Chief Counsel
Pension Benefit Guaranty Corporation

*/s/ Russell W. Chittenden*
_____
RUSSELL W. CHITTENDEN
Assistant United States Attorney

Attorneys for the Plaintiff
Pension Benefit Guaranty Corporation as
Trustee for the Rilnay Corporation
Defined Benefit Pension Plan